IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 99-101 |
| | ) |
| OMAR FOSTER | ) |

## ORDER

AND NOW, this __11th__ day of March, 2008, in consideration of the Defendant's Motion for Reduction of Sentence Pursuant to 18 USC §3582(c)(2), and the Government's Response thereto, due to the recent amendment to Section 2D1.1 of the United States Sentencing Guidelines, the defendant is hereby sentenced as follows: __To A Period of Incarceration of 120 Months. All other Terms To Remain The Same.__ The computation of defendant's release date shall be determined by the U.S. Bureau of Prisons.

GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE